| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | TOMAS QUIROZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TOMAS QUIROZ,

Defendant.

Case No. 6:16-mj-00049-JDP

**MOTION TO VACATE JUNE 5, 2018 REVIEW HEARING AND SET FINAL REVIEW HEARING FOR JUNE 4, 2019; ORDER**

Defendant Tomas Quiroz hereby requests that the Court vacate the June 5, 2018 review hearing and set a final review hearing for June 4, 2019. The Government is in agreement with the request.

On July 19, 2016, the Court sentenced Mr. Quiroz to 36 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. The Court ordered Mr. Quiroz to pay his state fines, obtain a California Driver's License, complete the 18-month Multi-Offender DMV Course, and attend AA once a week for the first 12 months of probation.

Mr. Quiroz has paid over $1,100.00 towards his state fines, he has obtained an interim license, he has enrolled and completed 10 months of the DMV course, and he has attended 52 AA meetings. While the government has identified a potential probation violation, it is not taking action at this time. Accordingly, the parties request that the Court vacate the June 5, 2018

review hearing and set a final review hearing for June 4, 2019.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 29, 2018  /s/ *Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
TOMAS QUIROZ

**O R D E R**

At the parties' request, the court vacates the June 5, 2018 review hearing and sets a final review hearing for June 4, 2019.

IT IS SO ORDERED.

Dated: May 30, 2018  /s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE