HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
TOMAS QUIROZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(YOSEMITE DIVISION)

| UNITED STATES OF AMERICA, | ) Case No. 6:16-MJ-049-JPD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) REVIEW HEARING |
| v. | ) |
| TOMAS QUIROZ, | ) Date: June 4, 2019<br>) Time: 10:00 a.m.<br>) Judge: Hon. Jeremy D. Peterson |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, SUSAN ST. VINCENT, Legal Officer and LINDA C. ALLISON, Assistant Federal Defender, attorney for TOMAS QUIROZ, that the review hearing set for June 4, 2019 be vacated and rescheduled for June 25, 2019 at 10:00 a.m.

Mr. Quiroz has paid his fine in full, he has obtained an interim license, he needs additional time to receive his license and to complete two more classes. As stated in the Motion to Vacate June 5, 2018 Review Hearing (Document 7,) the Government identified a potential probation violation, however, they continue to agree not to take action at this time.

///

///

///

-1-

/ / /

Accordingly, the parties request that the Court vacate the June 5, 2018 review hearing and set a final review hearing for June 25, 2019 at 10:00 a.m.

DATED: May 8, 2019                    Respectfully submitted,

                                  HEATHER WILLIAMS
                                  Federal Defender

/s /Linda C. Allison
LINDA C. ALLISON
Assistant to the Federal Defender
Attorneys for Defendant
TOMAS QUIROZ

Dated: May 8, 2019

/s/ Linda C. Allison for
SUSAN ST. VINCENT
Legal Officer

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated:   May 13, 2019                    _____
                                            UNITED STATES MAGISTRATE JUDGE