| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Assistant for the Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700   Fax: 916-498-5710 |
| 5 | Attorneys for Defendant |
| | TOMAS QUIROZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(YOSEMITE DIVISION)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:16-MJ-049-JPD |
| | ) | |
| Plaintiff, | ) | AMENDED STIPULATION AND |
| | ) | [PROPOSED] ORDER TO CONTINUE |
| v. | ) | REVIEW HEARING |
| | ) | |
| TOMAS QUIROZ, | ) | Date: June 25, 2019 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Jeremy D. Peterson |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, SUSAN ST. VINCENT, Legal Officer, and LINDA C. ALLISON, Assistant Federal Defender, attorney for TOMAS QUIROZ, that the review hearing set for June 25, 2019 be vacated and rescheduled for August 20, 2019 at 10:00 a.m. It is further stipulated that Mr. Quiroz's current term of probation, currently set to expire on July 19, 2019, be extended to September 19, 2019.

Mr. Quiroz has paid his fine in full and obtained an interim license. However, he needs additional time to receive his license and to complete one more class. As stated in the Motion to Vacate June 5, 2018 Review Hearing (Document 7,) the Government identified a potential probation violation; however, they continue to agree not to take action at this time.

/ / /

/ / /

-1-

Accordingly, the parties request that the Court vacate the June 25, 2019 review hearing, set a final review hearing for August 20, 2019 at 10:00 a.m., and extend probation through September 19, 2019.

DATED: June 24, 2019

Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

/s /Linda C. Allison
LINDA C. ALLISON
Assistant to the Federal Defender
Attorneys for Defendant
TOMAS QUIROZ

Dated: June 24, 2019

*/s/ Linda C. Allison for*
SUSAN ST. VINCENT
Legal Officer

IT IS SO ORDERED.

Dated:   June 24, 2019

UNITED STATES MAGISTRATE JUDGE