HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID HARSHAW, KYSBN # 86435
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666x7312
Fax: (916) 498-6656
david_harshaw@fd.org

Attorneys for Defendant
TOMAS QUIROZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 6:16-mj-00049-JDP
)
    Plaintiff, ) **UNOPPOSED MOTION AND ORDER TO**
) **VACATE REVIEW HEARING AND**
vs. ) **TERMINATE PROBATION**
)
TOMAS QUIROZ, )
)
    Defendant. )
)

    Comes Defendant, Tomas Quiroz, by counsel David Harshaw, and hereby requests that the review hearing in this case be vacated and that the defendant's probation be terminated early.

    Defendant makes this request for the following reasons:

    On July 19, 2016, Defendant pled guilty to driving on a suspended license after a DUI conviction. The Court sentenced Defendant in accord with the agreement of the parties: (1) thirty-six months of unsupervised probation; (2) obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law; (3) pay a $ 10.00 special assessment; (4) pay state fines of up to $1000.00 and provide proof to the government; (5) complete an 18-month DUI program; (6) attend AA one time per week for the first 12 months of probation; (7) obtain a California Driver's license. A review hearing is currently set for August 20, 2019. Probation is set to terminate on September 19, 2019.

-1-

As of this date, Defendant has paid the entire amount of his assessment and he has cleared up all his state fines. He has also completed the state DUI class and has obtained a driver's license. He has no new law violations. The government has the ability to prosecute a probation violation in regards to the AA classes, but the government chooses not to do so given the compliance with the other terms of probation.

Accordingly, Defendant requests that his August 20, 2019 review hearing be vacated. He also requests that his probation be terminated early. The United States, through Legal Officer Susan St. Vincent, does not oppose this motion.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 29, 2019  */s/ David Harshaw*
DAVID HARSHAW
Assistant Federal Defender
Attorneys for Defendant
TOMAS QUIROZ

/ / /

/ / /

# **O R D E R**

The court, being sufficiently advised, orders that the review hearing set for August 20, 2019 in Case No. 6:16-mj-00049-JDP be vacated. Further, defendant's probationary period is terminated.

IT IS SO ORDERED.

Dated: August 5, 2019

_____
UNITED STATES MAGISTRATE JUDGE